**George E. ASHKAR, Plaintiff–Appellant,**

v.

**Dr. Andrew VON ESCHENBACH, Defendant–Appellee.**

**Docket No. 01–6210.**

United States Court of Appeals, Second Circuit.

April 25, 2002.

George E. Ashkar, pro se, Oakland Gardens, NY, for Appellant.

Kathleen A. Nandan, Assistant United States Attorney, Brooklyn, NY, (Alan Vinegrad, United States Attorney for the Eastern District of New York; Deborah B. Zwany, Assistant United States Attorney, on the brief), for Appellee.

Present OAKES, JACOBS and CALABRESI, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

George E. Ashkar, *pro se*, appeals the district court's dismissal of his complaint against former Director of the National Cancer Institute, Dr. Richard Klausner. We affirm for substantially the reasons stated in Judge Gleeson's Memorandum and Order. *See Ashkar v. Klausner*, 01–CV–0507 (E.D.N.Y. Aug. 1, 2001).